# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## MEDFORD DIVISION

**JOSHUA MOULIN,**

        Plaintiff,

        v.

**CITY OF CENTRAL POINT;
KRISTINE ALLISON; MICHAEL
ANDERSON; BRIAN DAY;
DARIN LUX; DARIN TWEEDT,**

        Defendants.

No. 1:17-cv-00857-CL

**ORDER**

McSHANE, District Judge.

This matter comes before the Court on Defendants' Objections to Magistrate Judge Clarke's Order granting Plaintiff's motion for a protective Order. ECF Nos. 25, 27. Federal Rule of Civil Procedure 72(a) requires that the district judge "consider timely objections and modify or set aside any part of the order that is clearly erroneous or contrary to law."

The Court has considered Defendants' Objections, reviewed the record, and finds no error in Judge Clarke's Order.

It is so ORDERED and DATED this 27th day of December, 2017.


        s/Michael J. McShane
        MICHAEL McSHANE
        United States District Judge