# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

# MEDFORD DIVISION

JOSHUA MOULIN,

    Plaintiff,

v.

CITY OF CENTRAL POINT;
KRISTINE ALLISON; MICHAEL
ANDERSON; BRIAN DAY;
DARIN LUX; DARIN TWEEDT,

    Defendants.

No. 1:17-cv-00857-CL

ORDER

McSHANE, District Judge.

    Magistrate Judge Mark D. Clarke has filed a Report and Recommendation, ECF No. 47, concerning the Motion to Dismiss filed by Defendants Darin Lux and Darin Tweedt, ECF No. 35, and the matter is now before this Court. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b). Although no objections have been filed, this Court reviews the legal principles *de novo*. *See Lorin Corp. v. Goto & Co., Ltd.*, 700 F.2d 1202, 1206 (9th Cir. 1983).

    The Court has given this matter *de novo* review and finds no error. Accordingly, the Court ADOPTS the Report and Recommendation. Defendants' Motion to Dismiss is GRANTED in part and DENIED in part as set forth in Judge Clarke's Report and Recommendation. Plaintiff shall have thirty (30) days from the date of this Order in which to file an amended complaint, should he choose to do so.

    It is so ORDERED and DATED this 2nd day of May, 2018.

                                  s/Michael J. McShane
                                  MICHAEL McSHANE
                                  United States District Judge